No. 3,828.—STATE EX REL. OLAF OLSON, APPELLANT, *v.* MAYOR OF THE CITY OF BUTTE ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County.*

Decided March 20, 1916.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, because of delay in filing transcript, is hereby granted.

*Mr. W. E. Carroll,* for Appellant.

*Messrs. J. V. Dwyer, John A. Groeneveld,* and *Mr. N. A. Rotering,* for Respondents.

———

No. 3,798.—MOSE VANINA, APPELLANT, *v.* FRANK MARTINUCCI ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County; John B. McClernan, Judge.*

Decided March 22, 1916.

PER CURIAM.—Respondents' motion to dismiss the appeal herein is, after due consideration, granted and the appeal accordingly dismissed.

*Mr. Lewis A. Smith,* for Appellant.

*Mr. Jas. H. Baldwin,* for Respondents.